IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:25CR122 |
| ) | |
| Plaintiff, ) | |
| ) | **ENTRY OF APPEARANCE** |
| v. ) | |
| ) | |
| ISRAEL PEREZ, ) | |
| ) | |
| ) | |
| Defendant. | |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 10th day of June, 2025.

                                                  Respectfully submitted,

                                                  Israel Perez, Defendant,

                                                  By /s/ Yvonne Sosa
                                                        Yvonne Sosa
                                                        Attorney for Defendant
                                                        222 South 15th Street, #300N
                                                         Omaha, NE 68102
                                                         Telephone: (402) 221-7896
                                                         Fax: (402) 221-7884
                                                         E-Mail: yvonne_sosa@fd.org